# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOROCCANOIL, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VOGUE INTERNATIONAL, a fictitiously named company of TODD CHRISTOPHER INTERNATIONAL, INC., a Florida corporation, and DOES 1 through 10, Inclusive,<br><br>　　　　Defendants.<br><br>TODD CHRISTOPHER INTERNATIONAL, INC. d/b/a VOGUE INTERNATIONAL, a Florida Corporation,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>MOROCCANOIL, INC., a California Corporation,<br><br>　　　　Counterdefendant. | CIVIL NO. CV10-10048 DMG (AGRx)<br><br>**ORDER OF DISMISSAL [124]** |

2522.111\9632

[PROPOSED] ORDER OF DISMISSAL

1  In accordance with the parties' Stipulation for Dismissal, IT IS HEREBY
2  ORDERED that:

3
4  1. This Court has jurisdiction over all the named parties and the subject
5  matter of this action, and venue is properly laid in this District.

6
7  2. Moroccanoil Israel Ltd., an Israeli limited company; Moroccanoil
8  Canada, Inc., a Canadian corporation; Moroccanoil UK Limited, a United Kingdom
9  limited company; Moroccanoil Japan K.K., a Japanese corporation; and
10 Moroccanoil Cosmeticos do Brasil LTDA, a Brazilian corporation, are added to this
11 Action as party Plaintiffs pursuant to the Third Amended Complaint filed on
12 November 8, 2012.

13
14 3. Defendants need not file an Answer as their last-filed Answer to the
15 Second Amended Complaint shall be deemed their Answer to the Third Amended
16 Complaint.

17
18 4. Pursuant to Fed. R. Civ. P. 41(a), all claims and counterclaims in this
19 action are hereby dismissed. All such claims and counterclaims are hereby
20 dismissed with prejudice except as set forth in Paragraphs 23, 24 and 30 of the
21 Settlement Agreement and Mutual Release between the Parties dated September 28,
22 2012 ("Settlement Agreement").

23
24 5. This Court shall retain exclusive jurisdiction and venue over any action
25 to resolve any dispute arising from or related to the terms and conditions of the
26 Settlement Agreement, including without limitation to enforce the Settlement
27 Agreement.

28

1      6.    The Settlement Agreement contains provisions binding the Parties'
2  "Transferees" as that term is defined therein.

4      7.    Each Party shall bear its own attorneys' fees and costs and no Party
5  shall be considered the prevailing party.

7  DATED: November 19, 2012

                                                    */s/ Dolly M. Gee*
                                                  DOLLY M. GEE
                                                  United States District Judge

2522.111\9632

-3-

[PROPOSED] ORDER OF DISMISSAL